UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Kamil Cadet
aka Camille J Cadet
aka Camille Cadet,

   Debtor.

Case No 1-18-45417-ess

Chapter 13

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2005-FR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR1 (the "Secured Creditor").  Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Kevin Toole, Esq.**
RAS BORISKIN, LLC
900 MERCHANTS CONCOURSE, SUITE 310
WESTBURY, NY 11590




15-024639 - KeT

Dated: October 4, 2018  
Westbury, NY

                        RAS BORISKIN, LLC  
                        Attorney for Secured Creditor  
                        900 Merchants Concourse, Suite 310  
                        Westbury, NY 11590  
                        Phone: (516) 280-7675  
                        Fax:    (516) 280-7674

                        By: <u>/s/ Kevin Toole</u>  
                        Kevin Toole, Esquire

15-024639 - KeT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Kamil Cadet
aka Camille J Cadet
aka Camille Cadet,

    Debtor.

Case No  1-18-45417-ess

Chapter 13

-------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on October 4, 2018, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

BTZALET HIRSCHHORN, ESQ.
ANDERSON BOWMAN & ZALEWSKI, PLLC
80-02 KEW GARDENS ROAD, SUITE 600
KEW GARDENS, KY  11415

KAMIL CADET
AKA CAMILLE J CADET
AKA CAMILLE CADET
118-59 228TH ST
CAMBRIA HEIGHTS, NY  11411




15-024639 - KeT

MARIANNE DEROSA
STANDING CHAPTER 13 TRUSTEE
125 JERICHO TPKE
SUITE 105
JERICHO, NY  11753

U.S. TRUSTEE
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014


Dated: October 4, 2018
Westbury, NY

        RAS BORISKIN, LLC
        Attorney for Secured Creditor
        900 Merchants Concourse, Suite 310
        Westbury, NY 11590
        Phone: (516) 280-7675
        Fax:    (516) 280-7674

        By: /s/ Kevin Toole
        Kevin Toole, Esquire

15-024639 - KeT