UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:     Kamil Cadet

Chapter 13

Case No.:   1-18-45417

                         Debtor(s)            AFFIDAVIT OF CONTRIBUTION
-----------------------------------------------------------X

COUNTY OF Queens
STATE OF  NEW YORK)

Dominique Desir-Cadet, being duly sworn, deposes and says that:

1. I am the non-filing spouse of Kamil Cadet, the Debtor in the instant matter.

2. I currently work at Triboro Center for Rehabilitation located at 1160 Teller Ave, Bronx, NY 10456.

3. My gross monthly salary is **$2,929.00** and my net monthly salary is **$1,919.00**.

4. Attached hereto is a copy of my recent pay stub.

5. I am committed to contribute **$1,919.00** per month towards the Debtor's Chapter 13 Plan.

*Dominique Desir-Cadet*
Dominique Desir-Cadet

Sworn to me this
31 day of Oct, 2018

*Danielle M. Belcher*
NOTARY PUBLIC

DANIELLE M. BELCHER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BE6172907
Qualified in Queens County
Commission Expires August 20, 20 19