Shiryak, Bowman, Anderson, Gill & Kadochnikov LLP
80-02 Kew Gardens Rd
Kew Gardens, NY 11415
Tel: (718) 263-6800
Fax: (718) 520-9401
Email: Bhirschhorn@sbagk.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN DIVISION)**

-----------------------------------------------------------x

In re:                                                                  Chapter 13

                                                                             Case No. 1-18-45417-ess

KAMIL CADET, aka CAMILLE J CADET,
Aka CAMILLE CADET

                                           Debtor.

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I caused the following documents to be served upon all parties as listed below:

- **AMENDED NOTICE OF MOTION TO OBJECT TO PROOF OF CLAIM NO. 1**

I further certify that June 28, 2019, I caused a true, complete and correct copy of the Amended Notice Of Motion To Object To Proof Of Claim No. 1 to be served via first class mail, postage prepaid and or electronic mail, upon the parties listed below.

Real Time Resolutions, Inc.
1349 Empire Central Dr., Suite 150
Dallas, TX 75247

American General Home Equity, Inc.
6637 Grand Ave.
Maspeth, NY 11378

*Trustee*
Marianne DeRosa
100 Jericho Quadrangle
Suite 127, Jericho, NY 11753

OFFICE OF THE U.S. TRUSTEE EASTERN DISTRICT OF NEW YORK
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Wells Fargo Bank, National Association, as Trustee
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

New York City Water Board
59-17 Junction Boulevard
8th Floor
Flushing, NY 11373

PYOD, LLC
55 Beattie Place,
Suite 110
Greenville, SC 29601

                    Date: July 11, 2019
                    Kew Gardens, New York

                    __/S/ Btzalel Hirschhorn, Esq._____
                    <u>Btzalel Hirschhorn</u>, Esq.
                    Shiryak, Bowman, Anderson,
                    Gill & Kadochnikov LLP
                    80-02 Kew Gardens Rd, Suite 600
                    Kew Gardens, NY 11415
                    718-263-6800
                    Bhirschhorn@sbagk.com
                    Counsel for Debtor Kamil Cadet