**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN DIVISION)**
-----------------------------------------------------------x
In re:                                                                 Chapter 13

                                                                             Case No. 1-18-45417-ess

KAMIL CADET, aka CAMILLE J CADET,
Aka CAMILLE CADET
                                              Debtor.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I caused the following documents to be served upon all parties as listed below:

- **AMENDED NOTICE OF MOTION TO OBJECT TO PROOF OF CLAIM NO. 1**
- **LETTER TO RAS BORISKIN RE: SEPTEMBER 10, 2019 MOTION ADJOURNMENT DATE**

I further certify that August 6, 2019, I caused a true, complete and correct copy of the above documents to be served via first class mail, postage prepaid and or electronic mail, upon the parties listed below.

Kevin Toole, Esq.
RAS BORISKIN, LLC
900 Merchants Concourse, Suite 310
Westbury, NY 11590

Date: August 6, 2019
          Kew Gardens, New York

                                                                       __/S/ Btzalel Hirschhorn, Esq._____
                                                                       Btzalel Hirschhorn, Esq.
                                                                       **Shiryak, Bowman, Anderson,**
                                                                       **Gill & Kadochnikov LLP**
                                                                       80-02 Kew Gardens Road, Suite 600
                                                                       Kew Gardens, NY 11415
                                                                       Tel: (718) 263-6800
                                                                       Fax: (718) 520-9401
                                                                       Email: Bhirschhorn@sbagk.com