UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN DIVISION)
-----------------------------------------------------------------x    Case No. 1-18-45417
IN RE: KAMIL CADET

AFFIDAVIT OF COMPLIANCE

Debtor
-----------------------------------------------------------------x

The undersigned affiant KAMIL CADET (hereinafter "Debtor") being first duly sworn and under penalty of perjury, depose and states in support of confirmation of the above captioned bankruptcy case that:

(Must check either A or B)

1. _____(A) The undersigned Debtor has domestic support obligations pursuant to 11 U.S.C. Section 101(14)A and has paid all domestic support obligations required to be paid pursuant to 11 U.S.C. Section 101(14A).

\_\_X\_\_\_(B) The undersigned Debtor does NOT have domestic support obligations pursuant to 11 U.S.C. section 101(14A).

2. \_\_\_X\_\_\_\_(A) The undersigned Debtor is required to file tax returns and has filed all applicable and required Federal, State and local tax returns pursuant to 11 U.S.C. section 1308.

_____(B) The undersigned Debtor is NOT required to file tax returns.

By signing this affidavit, I acknowledge that all statements contained herein are true and accurate and that the Trustee may rely on the Truth of each of these statements in making its recommendation to confirm the Chapter 13 Plan. The Trustee may seek revocation of the Chapter 13 plan if the statements relied upon are not accurate.

*Kamil Cadet*
KAMIL CADET

Sworn to before me this
27 day of September 2018.

_____
NOTARY PUBLIC

Btzalel Hirschhorn
NOTARY PUBLIC, STATE OF NEW YORK
No: 02HI6321331
Qualified in Queens County
Commission Expires March 16, 2019