UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x   Case No. **1-18-45417-ess**
In re:

KAMIL CADET                                                      Chapter 13
*aka CAMILLE J CADET*
*aka CAMILLE CADET*,

                           Debtor
-------------------------------------------------------------x

## ORDER GRANTING DEBTOR'S MOTION OBJECTING TO AND DISALLOWING CLAIM NUMBER 1 FILED BY REAL TIME RESOLUTIONS, INC. AS AGENT FOR PYOD LLC

**WHEREAS**, KAMIL CADET, (hereinafter referred to as "Debtor") filed a voluntary petition for relief under chapter 13 of Title 11, United States Code, 11 U.S.C. (Bankruptcy Code) on September 20, 2018; and

**WHEREAS**, on or about November 8, 2018, a proof of claim (hereinafter "Proof of Claim #1") was filed by Real Time Resolutions, Inc. as agent for PYOD LLC ("Real Time"), claiming to hold a secured claim in the amount of $28,089.44; and

**WHEREAS**, Debtor filed a motion to object to Proof of Claim 1 on or about June 28, 2019, and an amended motion on July 11, 2019; and

**WHEREAS,** a hearing was held on August 6, 2019, and a continued hearing was held on the motion on September 10, 2019, where neither Real Time nor any other party filed written opposition nor did any party appear in Court to oppose this request;

**NOW, THEREFORE**, it is

    ~~**ORDERED**, that Debtor's motion is granted; and it is further~~

    **ORDERED**, that for reasons set forth on the record at the September 10, 2019 hearing, Proof of Claim #1 is hereby disallowed; and it is further

**ORDERED**, *that* ~~the clerk is directed to expunge~~ Proof of Claim #1 *is expunged* from the record; and it is further

**ORDERED,** *that* Real Time is prohibited from receiving any distributions from the Debtor's Chapter 13 Plan for the alleged debt underlying Proof of Claim #1.



Dated: Brooklyn, New York  
October 7, 2019

Elizabeth S. Stong  
**United States Bankruptcy Judge**