| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kamil Cadet** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–3118** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | | Date case filed for chapter  **13   9/20/18** |
| Case number:   **1–18–45417–ess** | | |

# NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE AND/OR CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) has not filed a Certification About a Financial Management Course or Official Form 423 in accordance with Bankruptcy Rules 1007(c) **and/or** Certification Regarding Domestic Support Obligations pursuant to 11 U.S.C. Section 1328(a).

Unless the aforementioned Certificates are filed by December 18, 2019, this case may be closed with no discharge of debtor(s) having been entered.

**Notice is further given that:**

If the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: December 3, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer13.jsp** [Notice of No Certification About a Financial Management Course rev. 02/01/17]